[No. 17657-6-III.    Division Three.    August 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HEJIDIO GUERRA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-00341-1, Robert N. Hackett, Jr., J., entered June 26, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 22113-6-II.    Division Two.    August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY ANTONE OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04748-3, Arthur W. Verharen, J., entered May 22, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 22158-6-II.    Division Two.    August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN C. UHRHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 96-1-00754-8, Daniel J. Berschauer, J., entered July 8, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Seinfeld, J.

[No. 22468-2-II.    Division Two.    August 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY CORD GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-04971-1, Frederick W. Fleming, J., entered September 29, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.